■ In the Matter of JEAN-FRANCOIS DE B. DE GAUTRET, Respondent, v. EMILY KING DE B. DE GAUTRET, Appellant.— Order and judgment (one paper)

entered on February 18, 1969, unanimously affirmed, without costs and without disbursements, on the opinion of Special Term. No opinion. Concur — Eager, J. P., McGivern, Markewich, Nunez and Steuer, JJ.